UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  15-cv-21515-WILLIAMS

PINWICK REALTY PARTNERS, LLC

        Plaintiff,

v.

BERKADIA COMMERCIAL MORTGAGE
LLC and J.P. MORGAN CHASE BANK, N.A.

        Defendants.
_____/

## DEFENDANT BERKADIA COMMERCIAL MORTGAGE LLC'S CORPORATE DISCLOSURE STATMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, Berkadia Commercial Mortgage LLC, discloses that Berkadia Proprietary Holding LLC is its parent company and that it is an indirect subsidiary of Berkshire Hathaway, Inc. and Leucadia National Corporation, which are both publicly traded companies.

Respectfully Submitted,

**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
*Attorneys for Defendant Berkadia*
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593

By: */s/ Michael Kreitzer*
    **MICHAEL N. KREITZER**
    Florida Bar No. 705561
    mkreitzer@bilzin.com
    **MELISSA PALLETT-VASQUEZ**
    Florida Bar No. 715816
    mpallett@bilzin.com

CASE NO. 15-cv-21515-KMW

mavin@bilzin.com
stapanes@bilzin.com
eservice@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the individuals listed below by e-mail generated by the Florida Court E-Filing Portal this 3rd day of June, 2015 upon, Deborah Baker (dbaker@lebfirm.com) and Aziza Elayan-Martinez (amartinez@lebfirm.com), Lipscomb, Eisenberg & Baker, P.L., 2 South Biscayne Blvd., Penthouse 3800, Miami, Fl  33131, and Eliot Pedrosa (pedrosae@gtlaw.com) and Eva M. Spahn (spahne@gtlaw.com), Greenberg Traurig, P.A., 333 Avenue of the Americas, Miami, Fl  33131.

:   */s/ Michael Kreitzer*
    **MICHAEL N. KREITZER**

MIAMI 4621744.1 81696/46332